FILED —— ENTERED
LODGED —— RECEIVED

FEB 10 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DANIEL JOHN MORGAN, | ) | CASE NO.: C08-1587-MJP |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING § 2254 PETITION |
| SHELIA GEORGE, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Petitioner's § 2254 petition (Dkt. No. 1) and this action are DISMISSED as untimely

(3)   The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this 9 day of February, 2009.

_____
MARSHA J. PECHMAN
United States District Judge

08-CV-01587-ORD

ORDER DISMISSING § 2254 PETITION
PAGE -1